UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:13-M-1233

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MADISON JADE DYE | ) | |

Leave of court is granted for the filing of the foregoing dismissal.

1/24/2014
DATE

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE